```
STEPHEN JOE FORD              INTERNAL REVENUE SERVI        THE 1ST
BRITTNEY RENEE FORD           C/O US ATTORNEY               6480 HWY 98 W
431 PURVIS OLOH RD            501 EAST COURT ST             HATTIESBURG, MS 39402
PURVIS, MS 39475              STE 4.430
                              JACKSON, MS 39201


THOMAS C. ROLLINS, JR.        KLARNA                        TOWER LOAN
THE ROLLINS LAW FIRM, PLLC    PO BOX 8116                   ATTN: BANKRUPTCY
P.O. BOX 13767                COLUMBUS, OH 43201            PO BOX 320001
JACKSON, MS 39236                                           FLOWOOD, MS 39232


ACADIAN CYPRESS               MS DEPT OF REVENUE            US ATTORNEY GENERAL
PO BOX 217                    BANKRUPTCY SECTION            US DEPT OF JUSTICE
PONCHATOULA, LA 70454         PO BOX 22808                  950 PENNSYLVANIA AVENW
                              JACKSON, MS 39225-2808        WASHINGTON, DC 20530-00


ALABAMA CREDIT UNION          NASA FEDERAL CU
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
220 PAUL W. BRYANT DR         500 PRINCE GEORGES BLV
TUSCALOOSA, AL 35401          UPPER MARLBORO, MD 20774


BANK PLUS                     SBA
1068 HIGHLAND COLONY P        C/O US ATTORNEY'S OFFI
RIDGELAND, MS 39157           501 E COURT ST
                              STE. 4.430
                              JACKSON, MS 39201


CITZ BK PHIL                  SMALL BUSINESS ADMINIS
ATTN:BANKRUPTCY DEPT          P.O. BOX 740192
521 W MAIN ST                 ATLANTA, GA 30374-0192
PHILADELPHIA, MS 39350


CMB FIN SERV                  SUNBELT FEDERAL CU
325 WEST PINE ST              ATTN: BANKRUPTCY
HATTIESBURG, MS 39401         6885 US HWY 49
                              HATTIESBURG, MS 39402


HANCOCK WHITNEY               SYNCHRONY
POB 4019                      ATTN: BANKRUPTCY
GULFPORT, MS 39502            PO BOX 955060
                              ORLANDO, FL 32896-5060


INTERNAL REVENUE SERVI        SYNCHRONY BANK
CENTRALIZED INSOLVENCY        ATTN: BANKRUPTCY
P.O. BOX 7346                 PO BOX 965060
PHILADELPHIA, PA 19101-7346   ORLANDO, FL 32896
```