# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51002  **Case Name:** Stephen Joe Ford and Brittney Renee Ford

**Set:** 10/14/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #18)- RESET TO 11/18/25 PER REQUEST OF PARTIES

Minute Entry Re: (related document(s): [9] Confirmation Hearing) The Objection filed by the Trustee (Dkt. #18) is reset to 11/18/25. Confirmation hearing removed. (mcc)