United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51002-KMS
Stephen Joe Ford Chapter 13
Brittney Renee Ford
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Nov 10, 2025      Form ID: n031      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen Joe Ford, Brittney Renee Ford, 431 Purvis Oloh Rd, Purvis, MS 39475-5322 |
| 5533267 | + | Acadian Cypress, PO Box 217, Ponchatoula, LA 70454-0217 |
| 5548899 | + | Acadian Cypress & Hardwoods Inc., 1 Industrial Park, Ponchatoula, LA 70454-8303 |
| 5533272 | + | Hancock Whitney Bank, P.O. Box 4001, 2nd Fl, Loss Mitt, Gulfport, MS 39502-4001 |
| 5561509 | + | Renasant Bank successor in interest by merger, ATTN: Bankruptcy Dept, P.O. Box 4140, Tupelo, MS 38803-4140 |
| 5533280 | | Sunbelt Federal Credit Union, 6885 US Hwy 49 #3, Hattiesburg, MS 39402 |
| 5533283 | | The 1st, 6480 Hwy 98 W, Hattiesburg, MS 39402 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5533268 | + | Email/Text: collections@alabamacu.com | Nov 10 2025 19:33:00 | Alabama Credit Union, Attn: Bankruptcy, 220 Paul W. Bryant Dr, Tuscaloosa, AL 35401-2007 |
| 5533269 | + | Email/Text: znotice@bankplus.net | Nov 10 2025 19:33:00 | BankPlus, 1068 Highland Colony Parkway, Suite 200, Ridgeland, MS 39157-8807 |
| 5533271 | | Email/Text: info@cmbfinancialservices.com | Nov 10 2025 19:33:00 | CMB FINANCIAL SERVICES, INC., P.O. BOX 1731, Hattiesburg, MS 39403 |
| 5533273 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 10 2025 19:33:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5561084 | + | Email/Text: bankruptcy@towerloan.com | Nov 10 2025 19:33:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5533274 | + | Email/Text: ebone.woods@usdoj.gov | Nov 10 2025 19:33:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5557083 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 10 2025 19:33:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5533275 | | Email/Text: customerservice.us@klarna.com | Nov 10 2025 19:33:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5533276 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Nov 10 2025 19:33:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5545173 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Nov 10 2025 19:33:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5543100 | | Email/Text: e-bankruptcy@nasafcu.com | Nov 10 2025 19:33:00 | NASA Federal Credit Union, PO Box 1588, Bowie MD 20717 |
| 5533277 | + | Email/Text: e-bankruptcy@nasafcu.com | Nov 10 2025 19:33:00 | NASA Federal CU, Attn: Bankruptcy, 500 Prince Georges Blv, Upper Marlboro, MD 20774-8732 |
| 5564560 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2025 | Form ID: n031 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 10 2025 19:36:46 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5533278 | + | Email/Text: ebone.woods@usdoj.gov | Nov 10 2025 19:33:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5533279 | | Email/Text: bankruptcynotices@sba.gov | Nov 10 2025 19:33:00 | Small Business Adminis, P.O. Box 740192, Atlanta, GA 30374-0192 |
| 5533281 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2025 19:36:42 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5533282 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2025 19:36:43 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5533284 | | Email/Text: bankruptcy@towerloan.com | Nov 10 2025 19:33:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5533270 | + | Email/Text: pam.lewis@thecitizensbank.bank | Nov 10 2025 19:33:00 | The Citizens Bank, 521 Main Street/P.O. Box 209, Philadelphia, MS 39350-0209 |
| 5543097 | | Email/Text: bankruptcynotices@sba.gov | Nov 10 2025 19:33:00 | US Small Business Administration, 332 S. Michigan, Suite 600, Chicago, IL 60604 |
| 5533285 | ^ | MEBN | Nov 10 2025 19:31:35 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Stephen Joe Ford trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Brittney Renee Ford trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6 User: mssbad Page 3 of 3
Date Rcvd: Nov 10, 2025 Form ID: n031 Total Noticed: 28

United States Trustee
          USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

25-51002-KMS Dkt 25 Filed 11/12/25 Entered 11/12/25 23:38:08 Page 3 of 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51002−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Stephen Joe Ford<br>aka Stephen J Ford<br>431 Purvis Oloh Rd<br>Purvis, MS 39475 | Brittney Renee Ford<br>431 Purvis Oloh Rd<br>Purvis, MS 39475 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on November 10, 2025 (Dkt. # 24 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: November 10, 2025                                     Danny L. Miller, Clerk of Court