IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. 25-51002-KMS |
| STEPHEN JOE FORD | CHAPTER 13 |
| BRITTNEY RENEE FORD | |

**BankPlus, a Mississippi banking corporation**                                                  **Movant**

vs.

Stephen Joe Ford, Debtor, and,
Brittney Renee Ford, Joint Debtor, and
David Rawlings, Trustee                                                                                       **Respondents**

**MOTION FOR RELIEF FROM STAY, FOR ABANDONMENT
OF PROPERTY AND FOR OTHER RELIEF**

BankPlus, a Mississippi banking corporation ("BankPlus"), brings this Motion for Relief from Stay, for Abandonment of Property and for Other Relief as follows:

1. On or about July 14, 2025, Stephen Joe Ford and Brittney Renee Ford ("Debtors") filed a petition for relief pursuant to Title 11 of the United States Code. This Court has jurisdiction over the parties and subject matter to this action pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §§ 554, and 362. This is a core proceeding pursuant to 28 U.S.C. § 157 (b) (2) (A), (G) and (O).

2. On September 8, 2023, Stephen Joe Ford executed a Promissory Note and Commercial Security Agreement ("Loan Documents") in the original principal amount of $274,555.52. A true and correct copy of said Loan Documents are attached as Exhibit "A".

3. BankPlus is a secured creditor and holds a valid, duly perfected security interest in, among other collateral, a 2016 Airising Industries 40' gooseneck cargo trailer (Vin # 5ycbe4026gh031313); 2018 Kremlin Rexson serial 15:1 portable air assisted airless with air compressor on cart with 413 tip, complete system with gun and hose, serial # OC14; 2014 T70 Martin sliding table saw, serial # 532429 with conquest lineborer model pneumatic 23

230 volts single phase, serial # 1220207H; and 2011 Hyster 50 forklift, serial # L177V06352J along with all parts, attachments, and accessions under the laws of the State of Mississippi. A true and correct copy the Certificate of Title perfecting BankPlus's security interest in the 2016 Airising Industries 40' gooseneck cargo trailer is attached hereto as Exhibit "B".

4. To further secure repayment of the indebtedness due, Stephen Joe Ford pledged to BankPlus certain real property located in Lamar County, Mississippi. BankPlus's lien is evidenced by a Land Deed of Trust, which is recorded in the land records of the Chancery Clerk of Lamar County, Mississippi, at book 2027 and pages 58-70 on September 19, 2023 at 10:08 a.m. A true and correct copy of the Land Deed of Trust is attached as Exhibit "C". BankPlus has a valid, duly perfected security interest in the Debtor's real property. Said real property was previously surrender and the stay terminated by Order Confirming Plan [Dkt # 24].

5. BankPlus reserves the right to proceed in exercising any and all of its rights and interests relating thereto, including but not limited to, repossessing, foreclosing, or otherwise realizing upon the Collateral, if and when relief is granted; bringing any action that may be necessary to put BankPlus and/or persons acting on its behalf in full and complete possession of the Collateral; and taking any and all other actions consistent with repossession or foreclosure of the Collateral.

6. Entry of an order hereon shall constitute a final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure and shall be applicable to any subsequent case filed by the debtor under the Bankruptcy Code or conversion of this case to any other Chapter under the Bankruptcy Code.

7. Brittney Renee Ford did not execute the Promissory Note and Commercial Security Agreement and did not execute the Deed of Trust.

**WHEREFORE,** BankPlus, a Mississippi banking corporation, requests the Court terminate the automatic stay of 11 U.S.C. § 362 to allow BankPlus to proceed to enforce its security interest and repossess and liquidate its collateral, to order abandonment BankPlus's collateral pursuant to 11 U.S.C. § 554, and that the stay provisions of Rule 4001 of the Federal Rules of Bankruptcy Procedure

not apply. In the alternative, the Court is requested to grant such other relief as is necessary under the circumstances.

**DATED:** February 17, 2026.

                              Respectfully submitted,

                              **BankPlus, a Mississippi banking corporation**

                    BY:    */s/ J. Mark Franklin, III*
                              J. Mark Franklin, III
                              Its Attorney

**J. Mark Franklin, III**
Mississippi Bar No. 5512
**McKAY FRANKLIN PLLC**
Post Office Box 2488
Ridgeland, Mississippi 39158-2488
Telephone:    (601) 572-8778
Facsimile:    (601) 572-8440
mfranklin@mckayfranklin.com

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing documents were served upon the following:

Thomas Carl Rollins, Jr.  
The Rollins Law Firm, PLLC  
Post Office Box 13767  
Jackson, MS 39236

David Rawlings  
Chapter 13 Trustee  
Post Office Box 566  
Hattiesburg, MS 39403

Stephen Joe Ford  
431 Purvis Oloh Road  
Purvis, MS 39475

Brittney Renee Ford  
431 Purvis Oloh Road  
Purvis, MS 39475

by United States mail, postage prepaid, or by electronic notice, on February 17, 2026.

                              */s/ J. Mark Franklin, III*
                              J. Mark Franklin, III