### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  BANKRUPTCY CASE NO. 25-51002-KMS
STEPHEN JOE FORD  CHAPTER 13
BRITTNEY RENEE FORD

### AGREED ORDER LIFTING STAY
### AND ABANDONING COLLATERAL

**THIS MATTER**, having come on before this Court on the Motion of BankPlus, a Mississippi banking corporation ("BankPlus"), for Relief from Stay and for Abandonment [Dkt # __], and the parties, having announced agreement that the subject property, a 2016 Airising Industries 40' gooseneck cargo trailer (Vin # 5ycbe4026gh031313); 2018 Kremlin Rexson serial 15:1 portable air assisted airless with air compressor on cart with 413 tip, complete system with gun and hose, serial # OC14; 2014 T70 Martin sliding table saw, serial # 532429 with conquest lineborer model pneumatic 23 230 volts single phase, serial # 1220207H; and 2011 Hyster 50 forklift, serial # L177V06352J along with all parts, attachments, and accessions and real property located in Lamar County, Mississippi should be relinquished, and the Court being advised in the premises finds that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that:

A.  The automatic stay of 11 U.S.C. § 362 be, and it is hereby, lifted, terminated and annulled as to the Debtor, so as to permit BankPlus to exercise any and all of its rights, claims, and interests relating thereto as to the collateral, including but not limited to, repossessing, foreclosing, or otherwise realizing upon the Collateral; bringing any action as may be necessary to put BankPlus and/or

persons acting on its behalf in full and complete possession of the Collateral, a 2016 Airising Industries 40' gooseneck cargo trailer (Vin # 5ycbe4026gh031313); 2018 Kremlin Rexson serial 15:1 portable air assisted airless with air compressor on cart with 413 tip, complete system with gun and hose, serial # OC14; 2014 T70 Martin sliding table saw, serial # 532429 with conquest lineborer model pneumatic 23 230 volts single phase, serial # 1220207H; 2011 Hyster 50 forklift, serial # L177V06352J along with all parts, attachments, and accessions and real property located in Lamar County, Mississippi; and taking any and all other actions consistent with repossession or foreclosure of the Collateral with the fourteen (14) day stay of execution of Fed. R. Bankr. Proc. 4001(a)(3) being hereby waived, and,

      B.     The Collateral be, and is hereby, abandoned from the Bankruptcy estate pursuant to 11 U.S.C. § 554.

      C.     Entry of this order shall constitute the entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure and shall be applicable to any conversion of this case to any other Chapter under the Bankruptcy Code.

##End of Order##

AGREED AND APPROVED:

  */s/ J. Mark Franklin, III*
J. Mark Franklin, III
Attorney for BankPlus

  */s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr.
Attorney for Debtor

    /s/ Brian Wilson, Atty for

David Rawlings
Chapter 13 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**  BANKRUPTCY CASE NO.  25-51002-KMS
**STEPHEN JOE FORD**  CHAPTER 13
**BRITTNEY RENEE FORD**

_____

| | |
|---|---|
| Movant's attorney: | J. Mark Franklin, III |
| | Mississippi Bar No. 5521 |
| | Post Office Box 2488 |
| | Ridgeland, MS 39158-2488 |
| | (601) 572-8778 |
| | Email: mfranklin@mckayfranklin.com |
| Debtor's attorney: | Thomas Carl Rollins, Jr. |
| | Mississippi Bar No. 103469 |
| | The Rollins Law Firm, PLLC |
| | Post Office Box 13767 |
| | Jackson, MS 39236 |
| | (601) 500-5533 |
| | Email: trollins@therollinsfirm.com |
| Trustee: | David Rawlings |
| | Chapter 13 Trustee |
| | Post Office Box 566 |
| | Hattiesburg, MS 39403 |
| | (601) 582-5011 |
| | email: sduncan@rawlings13.net |