# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**                                               **BANKRUPTCY CASE NO. 25-51002-KMS**
**STEPHEN JOE FORD**                        **CHAPTER 13**
**BRITTNEY RENEE FORD**

---

**BankPlus, a Mississippi banking corporation**                                         **Movant**

**vs.**

Stephen Joe Ford, Debtor, and,
Brittney Renee Ford, Joint Debtor, and
David Rawlings, Trustee                                                       **Respondents**

## BANKPLUS' CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 7007.1, Fed. R. Bankr., and Miss. Bankr. L.R. 9014(c)(2), BankPlus states that 100% of the stock of BankPlus is owned by BancPlus Corporation. BancPlus Corporation is not a publicly traded company.

**DATED** this the 20th day of February, 2026.

                                                                            Respectfully submitted,
                                                                            **BankPlus, a Mississippi banking corporation**

                                                                            By its attorneys,
                                                                            **McKAY FRANKLIN PLLC**


                                                                            By: /s/ J. Mark Franklin, III
                                                                                    J. Mark Franklin, III

**J. Mark Franklin, III**
Mississippi Bar No. 5512
**McKAY FRANKLIN PLLC**
Post Office Box 2488
Ridgeland, Mississippi 39158-2488
Telephone 601-572-8778
Telefax 601-572-8440
mfranklin@mckayfranklin.com

## **CERTIFICATE OF SERVICE**

I, J. Mark Franklin, III, hereby certify that on this day I electronically filed the foregoing document with the Clerk of the Court using PACER which sent notification of such filing to all counsel of record.

**DATED** this the 20th day of February, 2026.

/s/ J. Mark Franklin, III
J. Mark Franklin, III


**J. Mark Franklin, III**
Mississippi Bar No. 5512
**McKAY FRANKLIN PLLC**
Post Office Box 2488
Ridgeland, Mississippi 39158-2488
Telephone 601/572-8778
Telefax 601/572-8440
*Attorney for BankPlus, a Mississippi banking corporation*