United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 25-51002-KMS

Stephen Joe Ford                                                                    Chapter 13

Brittney Renee Ford

　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                                    User: mssbad                                              Page 1 of 2

Date Rcvd: Feb 23, 2026                          Form ID: pdf012                                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                        +  Stephen Joe Ford, Brittney Renee Ford, 431 Purvis Oloh Rd, Purvis, MS 39475-5322

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

**Name**                              **Email Address**

David Rawlings
                                      ecfnotices@rawlings13.net  sduncan@rawlings13.net

J. Mark Franklin, III
                                      on behalf of Creditor BankPlus  a Mississippi banking corporation mfranklin@mckayfranklin.com, adavidson@mckaylawler.com

Thomas Carl Rollins, Jr
                                      on behalf of Debtor Stephen Joe Ford trollins@therollinsfirm.com
                                      jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                                      nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                                      on behalf of Joint Debtor Brittney Renee Ford trollins@therollinsfirm.com
                                      jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                                      nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

District/off: 0538-6                    User: mssbad                          Page 2 of 2
Date Rcvd: Feb 23, 2026                 Form ID: pdf012                       Total Noticed: 1

United States Trustee

               USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                    **BANKRUPTCY CASE NO.  25-51002-KMS**
**STEPHEN JOE FORD**                          **CHAPTER 13**
**BRITTNEY RENEE FORD**

## AGREED ORDER LIFTING STAY
## AND ABANDONING COLLATERAL

**THIS MATTER**, having come on before this Court on the Motion of BankPlus, a  Mississippi banking corporation ("BankPlus"), for Relief from Stay and for Abandonment [Dkt # 27], and the parties, having announced agreement that the subject property, a 2016 Airising Industries 40' gooseneck cargo trailer (Vin # 5ycbe4026gh031313); 2018 Kremlin Rexson serial 15:1 portable air assisted airless with air compressor on cart with 413 tip, complete system with gun and hose, serial # OC14; 2014 T70 Martin sliding table saw, serial # 532429 with conquest lineborer model pneumatic 23 230 volts single phase,  serial # 1220207H; and 2011 Hyster 50 forklift, serial # L177V06352J along with all parts, attachments, and accessions and real property located in Lamar County, Mississippi should be relinquished, and the Court being advised in the premises finds that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that:

A.     The automatic stay of 11 U.S.C. § 362 be, and it is hereby, lifted, terminated and annulled as to the Debtor, so as to permit BankPlus to exercise any and all of its rights, claims, and interests relating thereto as to the collateral, including but not limited to, repossessing, foreclosing, or otherwise realizing upon the Collateral; bringing any action as may be necessary to put BankPlus and/or

persons acting on its behalf in full and complete possession of the Collateral, a 2016 Airising Industries 40' gooseneck cargo trailer (Vin # 5ycbe4026gh031313); 2018 Kremlin Rexson serial 15:1 portable air assisted airless with air compressor on cart  with 413 tip, complete system with gun and hose, serial # OC14; 2014 T70 Martin sliding table saw, serial # 532429 with conquest lineborer model pneumatic 23 230 volts single phase,  serial # 1220207H; 2011 Hyster 50 forklift, serial # L177V06352J along with all parts, attachments, and accessions and real property located in Lamar County, Mississippi; and taking any and all other actions consistent with repossession or foreclosure of the Collateral with the fourteen (14) day stay of execution of Fed. R. Bankr. Proc. 4001(a)(3) being hereby waived, and,

B.      The Collateral be, and is hereby, abandoned from the Bankruptcy estate pursuant to 11 U.S.C. § 554.

C.      Entry of this order shall constitute the entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure and shall be applicable to any conversion of this case to any other Chapter under the Bankruptcy Code.

**##End of Order##**

AGREED AND APPROVED:

  */s/ J. Mark Franklin, III*
J. Mark Franklin, III
Attorney for BankPlus

  */s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr.
Attorney for Debtor

/s/ Brian Wilson, Atty for

David Rawlings
Chapter 13 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                    BANKRUPTCY CASE NO.  25-51002-KMS
STEPHEN JOE FORD                          CHAPTER 13
BRITTNEY RENEE FORD

_____

Movant's attorney:     J. Mark Franklin, III
                       Mississippi Bar No. 5521
                       Post Office Box 2488
                       Ridgeland, MS 39158-2488
                       (601) 572-8778
                       Email: mfranklin@mckayfranklin.com

Debtor's attorney:     Thomas Carl Rollins, Jr.
                       Mississippi Bar No. 103469
                       The Rollins Law Firm, PLLC
                       Post Office Box 13767
                       Jackson, MS 39236
                       (601) 500-5533
                       Email: trollins@therollinsfirm.com

Trustee:               David Rawlings
                       Chapter 13 Trustee
                       Post Office Box 566
                       Hattiesburg, MS 39403
                       (601) 582-5011
                       email: sduncan@rawlings13.net